**TULLIO DeLUCA**
**ATTORNEY-AT-LAW**
381 N. 9ᵀᴴ STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

July 18, 2017

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re:   Douglas Howe
               **Chapter 13 Bankruptcy**
               **Case No. 5-17-02803**

Dear Sir/Madam:

    I have received returned mail for **DOUGLAS HOWE,** THE DEBTOR, in the above captioned bankruptcy. The incorrect address the mail was sent to was: 171 SPRING HILL DR. HUNLOCK CREEK, PA 18621.Please be advised the correct information is as follows:

               DOUGLAS HOWE
                171 OAKDALE DR.
            HUNLOCK CREEK, PA 18621

I served the Notice of Chapter 13 Bankruptcy Case at the above address on (July 18,2017). Please correct the mailing matrix.

    Thank you for assistance in this matter.

                Very truly yours,


                /s/ Tullio DeLuca, Esquire

TD/th