| | |
|---|---|
| **IN RE: Douglas E. Howe** | **BK NO. 17-02803 JJT** |
| **aka Douglas Howe,** | |
| **aka Douglas Eugene Howe,** | **Chapter 13** |
| **aka Douglas E. Howe, Sr,** | |
| **aka Douglas Eugene Howe, Sr.,** | |
| **aka Douglas Howe, Sr** | |
| **Debtor(s)** | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

Respectfully submitted,

**/s/  James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
412-430-3594