```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                           Case No. 17-02803-JJT
Douglas E. Howe                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: MMchugh              Page 1 of 1           Date Rcvd: Aug 17, 2017
                              Form ID: ntcnfhrg          Total Noticed: 21

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 19, 2017.
db            +Douglas E. Howe,    171 Oakdale Dr.,    Hunlock Creek, PA 18621-3300
4942338       +Berkheimer,    50 N. 7th St.,    Bangor, PA 18013-1798
4942340      ++CREDIT ACCEPTANCE CORPORATION,     25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
               (address filed with court:    Credit Acceptance Corporation,    25505 W 12 Mile Rd.,
                 Southfield, MI 48034-0846)
4942339       +Cigna,    Attn: Traci, Overpayment Recovery Team,    P.O. Box 12096,    Newark, NJ 07101-5096
4942341       +David M. Shemo, D.M.D.,     360 Kidder St.,   Wilkes-Barre,, PA 18702-5619
4942344       +Hoyt's Fuel Service,    965 Broadway Rd.,    Shickshinny, PA 18655-3839
4942345       +Joann Blaine, Tax Collector,     310 Hartman Rd.,   Hunlock Creek, PA 18621-3822
4942346       +KML Law Group, P.C,    Suite 5000, BNY Mellon Independence Ctr.,     701 Market St.,
                 Philadelphia, PA 19106-1538
4942347       +Law offices of Tullio DeLuca,     381 N. 9th Avenue,   Scranton, PA 18504-2005
4942349       +Medical Data Systems, Inc.,     645 Walnut St. Ste 5,   Gadsden, AL 35901-4173
4942350        Medical Imaging of Lehigh Valley, PC,     2 Meridian Blvd., 2nd Floor,
                 Wyomissing, PA 19610-3202
4942351        Mountain Top Ambulance Association,     P.O. Box 207,   Allentown, PA 18105-0207
4942352       +Tek-Collect, Inc.,    P.O. Box 1269,    Columbus, OH 43216-1269
4942354       +Valley National Bank,    1445 Valley Rd.,    Wayne, NJ 07470-8438
4942355       +Verizon Bankruptcy Dept.,     500 Technology Drive,   Suite 550,    Weldon Spring, MO 63304-2225
4942356       +Wilkes-Barre General Hospital,     575 N. River St.,   Wilkes-Barre, PA 18764-0001
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4942337       +E-mail/Text: ACF-EBN@acf-inc.com Aug 17 2017 19:03:57      Atlantic Credit & Finance,
                 P.O. Box 11887,    Roanoke, VA 24022-1887
4942343        E-mail/Text: bankruptcynotification@ftr.com Aug 17 2017 19:04:27       Frontier Communications,
                 Bankruptcy Dept.,    19 John St.,    Middletown, NY 10940
4942348        E-mail/Text: camanagement@mtb.com Aug 17 2017 19:04:07      M&T Bank,    1100 Wehrle Drive,
                 Williamsville, NY 14221
4954932        E-mail/Text: camanagement@mtb.com Aug 17 2017 19:04:07      M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
4942353        E-mail/Text: bkrcy@ugi.com Aug 17 2017 19:04:22      UGI Utilities,    P.O. Box 13009,
                 Reading, PA 19612-2677
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4942342*      +Douglas E. Howe,   171 Oakdale Dr.,    Hunlock Creek, PA 18621-3300
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2017                                    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 17, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              Tullio DeLuca    on behalf of Debtor Douglas E. Howe tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Douglas E. Howe | Chapter | 13 |
| aka Douglas Eugene Howe, aka Douglas Howe, aka Douglas E. Howe Sr.,, aka Douglas Howe Sr.,, aka Douglas Eugene Howe Sr., Debtor(s) | Case No. | 5:17−bk−02803−JJT |

## Notice

The confirmation hearing has been scheduled for the Debtor and Joint Debtor on the date indicated below.

A deadline of **September 15, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: October 17, 2017<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MMchugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 17, 2017 |